JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYSE BOYKIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA: DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendant. | Case No. 2:22-cv-00717-MMD-DJA<br><br>**Stipulation and Order<br>to Dismiss with Prejudice** |

　　　Plaintiff and Defendant, through their undersigned attorneys, stipulate to dismiss this case with prejudice, each party to bear its own attorneys' fees and costs.

　　　Respectfully submitted this 30th day of August 2023.

| | |
|---|---|
| MOSS BERG INJURY LAWYERS | JASON M. FRIERSON<br>United States Attorney |
| */s/ Marcus A. Berg*<br>MARCUS A. BERG, Esq.<br>Nevada Bar No. 9760<br>4101 Meadows Lane, Suite 110<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff* | */s/ Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** August 30, 2023